IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00201-WYD-MEH

DEBRA DOWDY,

    Plaintiff,

v.

MEDICREDIT, INC., d/b/a The Outsource Group,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed March 11, 2015; docket #13] is **granted**. The parties' proposed Protective Order (absent irrelevant language in paragraph 9, "pursuant to Magistrate Judge Mix's discovery procedures") is accepted and filed contemporaneously with this minute order.