IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00201-WYD-MEH | Date: | September 18, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                    *Counsel:*

DEBRA DOWDY                                          David Larson

    Plaintiff,

v.

MEDICREDIT, INC.                                     Alicia Kerr

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY HEARING**

---

**Court in session:** 1:02 p.m.

The Court calls case.   All counsel appeared by telephone.

Following oral argument, the [42] MOTION for Order *to Quash Subpeonas served by the Defendant and/or for a Protective Order Regarding the Subpoenas served by the Defendant* by Plaintiff IS DENIED.

**Court in recess:**   1:20 p.m.   (Hearing concluded)
Total time in court:   0:18

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.