IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00201-WYD-MEH

DEBRA DOWDY,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation, d/b/a THE OUTSOURCE GROUP,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Motion for Summary Judgment and Brief in Support filed October 1, 2015 (ECF No. 47) is **STRICKEN** with leave to refile within **seven (7) days** in compliance with my Practice Standards.  Defendant failed to comply with Section III.3 of the Practice Standards which requires that motions for summary judgment contain a section entitled "Movant's Statement of Material Facts", with the facts being in "simple, declarative sentences, which are separately numbered and paragraphed."

    Dated:  October 5, 2015.