IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00201-WYD-MEH

DEBRA DOWDY,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation, d/b/a THE OUTSOURCE GROUP,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to File Surreply to Address Exhibit 3 to CM/ECF# 52 Submitted November 19, 2015 (ECF No. 55) is **GRANTED**.  The surreply shall be filed by **Wednesday, December 16, 2015**.

    Dated:  December 2, 2015